On 12-19-23 I was in A2F sally port and the pert team asked me was I going to submit to the hand cuffs or was they going to have to extract me. I told them that I was willing to submit to the hand cuffs. And then the pert team gave me a direct order to lay flat on my stomach and to place my hands behind my back. I obeyed and followed the direct order and layed flat on my stomach with my hands behind my back. Then the pert team entered the sally port and the pert team officer Mr Brammer with the eletrical shield jumped on my back with all his might and weight and started tazeing me immediately for no reason. While I was laying flat on my stomach with my hands behind because I had informed the peet team that I was willing to submit to the hand cuffs. Therefore that was the whole sole urpose for me laying flat on my stomach with my hands behind my back so the pert team wouldnt have to use rce. Then while being tazed for what seemed like at least 2 minutes straight. The other pert team officers who are unknown by name at this time where punching, kicking, and stomping me in my face and body and ey where pulling my dreads. This was all going on while I was still being tazed. And next thing you know fficer Brammer stands up with the eletrical shield while the other unknown pert team officers ontinued to beat me brutally and maliciously. Next thing you know my head gets jerked so hard by my reads by an unknown pert team officer to the left. And then officer Brammer starts to bash the front of y face in with the eletrical shield like a madman. Officer Brammer bashed the front of my face until it rust open and started to bleed profusely. And next thing you know my head gets jerked to the right by my eads by unknown pert team officer's. And Officer Brammer starts bashing me in the back side of my head ith the eletrical shield until it burst open and started bleeding profusely. All of this happened while I was laying flat on my stomach with my hands behind my back. I was knocked out unconscious multiple mes and was awoken back up by continuous raining hits and blows every where on my body. I also lost my earing for a while but it came back after a while. Four of my front teeth got chipped and one of my front ooths got knocked cricket. My neck, upper and lower back is constanly in pain that gets unbearable at times and I have been placed on medications for this. Also I now be having severe head aches that I didnt ave before. My face structure is uneven now and one side of my face is smashed in permeantly. It kinda oks like I had a stroke on the right side of my face. I also had to get stiches above my front right eyebrow d I also had to get staples in the back of my head on the left side. And I had to get some hair cut off

by the doctors to place the staples in the backside of my head. I am also suffering from nightmares, night sweats, anxiety attacks, nervous break downs, depression, and flash backs. The pert team officer's also pulled some of my dreads out also. And I am also suffering from severe psychological emotional distress, physical injurys, diffculty's sleeping, bouts of crying, and I have been having problems with keeping a train of thought because my thoughts and memories of what I'm thinking about disappear.

2-26-24

Sincerely Quashon Treyvaughn Williams

QUASHON TREYVAUGHN WILLIAMS

Can you please foward me a copy of this back because this prison does not make copies for inmates unless it is court ordered