UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:24-ct-03051-BO-RJ

QUASHON TREYVAUGHN WILLIAMS,
Plaintiff,

v.

OFFICER BRAMMER, et al.,
Defendants.

**CERTIFICATE OF SERVICE**

## **CERTIFICATE OF SERVICE**

I hereby certify that I served Plaintiff Williams with Defendant's Motion for Summary Judgment and related documents (D.E. 51-56) by depositing the documents in the U.S. Mail, postage prepaid, addressed below, on January 20, 2026. I hereby certify that I electronically filed this Certificate of Service with the Clerk of Court using the CM/ECF system, and that I served the foregoing document on all non-CM/ECF participant(s) by depositing a copy in the U.S. Mail, postage prepaid, addressed as follows:

Quashon Treyvaughn Williams
OPUS No. 1674428
Granville Correctional Institution
P.O. Box 2500
Butner, NC 27509
*Pro Se Plaintiff*

This is the 23rd day of January, 2026.

/ s/ Sarah M. Varela
Sarah M. Varela
Assistant Attorney General

1