QUASHON TREYVAUGHN WILLIAMS

Plaintiff,

V.

OFFICER BRAMMER, ET AL.,

Defendants,

## LETTER TO COURTS

Dear United States District Courts Office,

    I dont mean to be a burden but I have a question. Since I have filed my "Opposition In Response Motion To Defendants Summary Judgement". (DE-66). What is my next step Your Honor? I am just trying to make sure that I do not miss "anything" that will cause my claim to be dismissed. Thank you for your time and help have a blessed day.

**FILED**

MAR 18 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

Respectfully submitted this the 11th day of March 2026

Quashon Treyvaughn Williams (O.P.U.S. 1674428)
Quashon Treyvaughn Williams

CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document with the Clerk of Courts using a postage prepaid, and that I served the foregoing documents addressed as follows:

Clerk's Office

United States District Court

P.O. BOX 25670

Eastern District Of North Carolina

Raleigh, NC 27611

Respectfully submitted this the 11th day of March 2026

Quashon T. Williams
Granville Correctional Institution
P.O. BOX 2500
Butner, NC 27509