UNITED STATES ~~~
EASTERN DIVISION OF NORTH CAROLINA
WESTERN DIVISION
File No. 5:24-ct-03051-BO-RJ

QUASHON TREYVAUGHN WILLIAMS Plaintiff,

V.

OFFICER BRAMMER, ET AL., Defendants,

LETTER
TO
COURTS

Dear United States District Courts Office,

March 19th, 2026

I don't mean to be a burden but I have a question. What is the next step that I should take to insure that. I do not miss anything that would cause my claim to be dismissed?

Thankyou for your time and your help and have a blessed day Your Honor.

Sincerely Quashon Treyvaughn Williams

Respectfully submitted this the 19th day of March 2026

Quashon Treyvaughn Williams (O.P.V.S. 1674428)
QUASHON TREYVAUGHN WILLIAMS

FILED

MAR 30 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK