IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CT-3051-BO

QUASHON TREYVAUGHN WILLIAMS,      )
                                  )
            Plaintiff,            )
                                  )
      v.                          )          **ORDER**
                                  )
RICHARD BRAMMER,                  )
                                  )
            Defendant.            )

This matter is before the court on plaintiff's motion for the court to "serve [him] with a copy of [defendant's motion to seal] (DE-56) since the defendant failed to do so." [D.E. 64]. On January 23, 2026, defendant filed a certificate of service stating that he "served Plaintiff Williams with Defendant's Motion for Summary Judgment and related documents (D.E. 51–56) by depositing the documents in the U.S. Mail, postage prepaid, addressed below, on January 20, 2026." [D.E. 65]. Thus, the court DENIES AS MOOT plaintiff's motion [D.E. 64]. Defendant's motion for summary judgment [D.E. 51] remains pending and will be addressed in a separate order.

SO ORDERED, this _16_ day of April, 2026.

TERRENCE W. BOYLE
United States District Judge